IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRYSANTHIE CHRISSOS,

      Plaintiff,

vs.                                                                 No. CV 09-704 KBM

MICHAEL J. ASTRUE,
**Commissioner of Social Security**,

      **Defendant.**

## ORDER

THIS MATTER having come before the Court for scheduling, and upon the agreement of the parties,

IT IS HEREBY ORDERED that on or before January 4, 2010, Plaintiff shall file a Motion to Reverse or Remand administrative agency decision with supporting Memorandum; Defendant shall file a response thereto on or before March 4, 2010; and on or before March 19, 2010, Plaintiff shall file a reply, and shall file the Notice of Completion of Briefing.

IT IS FURTHER ORDERED that all supporting memoranda filed pursuant to this Order shall cite the transcript of record in support of assertions of fact and shall cite authority in support of propositions of law.

FINALLY, IT IS ORDERED that all requests for extensions of time altering the deadlines set in this scheduling order shall be made through Motion to the Court.

_____
UNITED STATES MAGISTRATE JUDGE